Opinion issued January 17, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00697-CV

____________


WELDON BEHRENS AND CHERYL A. LORQUET, Appellants


V.


MICHAEL R. GARCIA, ROSEMARY SANDEFUR, MARY KAISLER,
ALSON CHARLES GARCIA, AND MANUAL GARCIA, Appellees






On Appeal from the Probate Court No. 4

Harris County, Texas

Trial Court Cause No. 317718401






MEMORANDUM OPINION

 Appellants have filed an unopposed motion to dismiss their appeal. No opinion
has issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.